Opinion filed April 27, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed April 27, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00081-CR 

 

                                                    __________

 

                                         IN RE GEORGE GANDER

 

 



 

                                                Original
Mandamus Proceeding

 



 

                                                                   O
P I N I O N

On March 28, 2006, George Gander filed in this
court a pro se petition for writ of mandamus. 
Gander sought a writ of mandamus directing the trial court to remove the
deadly weapon finding from the judgment in Trial Court Cause No. 11148 in which
he was convicted of unlawful possession of a firearm by a felon.  We have received a copy of the judgment nunc pro tunc entered on April 3,
2006, removing the deadly weapon finding. 
Therefore, this proceeding is moot.

The proceeding is dismissed.

 

PER CURIAM

April 27, 2006

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.